DEFENDANT'S
CIVIL CASE MANAGEMENT PLAN

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 0 7 2003
LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JULIE A. McGRATH

VS.

NATIONAL LIFE INSURANCE CO.

NO.  1  :  03  CV  483

DNH/DRH

**IT IS HEREBY ORDERED that,** pursuant to Rule 16(b), Federal Rules of Civil Procedure, a status and scheduling conference will be held in this case before the Honorable _David R. Homer_, United States Magistrate Judge on _July 16, 2003_ at _11:30 a.m._ at the United States Courthouse, Room No _Chamber_ at _Albany,_ New York.

Counsel for all parties or individuals appearing pro se in the above-captioned action are directed to confer in accordance with Fed. R. Civ. P. 26(f) with respect to all of the agenda items listed below. The report of the parties is to be filed with the clerk no later than ten (10) days prior to the above scheduled conference date. Matters which the Court will discuss at the status conference will include the following: (Insert a separate subparagraph as necessary if parties disagree).

**1) JOINDER OF PARTIES:** Any application to join any person as a party to this action shall be made on or before the day of _1st_ day of _September_, _2003_.

**2) AMENDMENT OF PLEADINGS:** Any application to amend the pleadings to this action shall be made on or before the _1st_ day of _September_, _2003_.

**3) DISCOVERY:** All discovery in this action shall be completed on or before the _1st_ day of _January_, _2004_. **(Discovery time table is to be based on the complexity of the action).**

**4) MOTIONS:** All motions, including discovery motions, shall be made on or before the _1st_ day of _April_, _2004_.

**5) PROPOSED DATE FOR THE COMMENCEMENT OF TRIAL:** The action will be ready to proceed to trial on or before the _1st_ day of _July_, _2004_. It is anticipated that the trial will take approximately ___ days to complete. The parties request the trial to be held in _Albany_ (New York). **(The proposed date for the commencement of trial must be within 18 months of the filing date).**

**6) HAVE THE PARTIES FILED A JURY DEMAND:** _X_ (YES) / ___ (NO).

136768.1 7/2/2003

7) **DOES THE COURT HAVE SUBJECT MATTER JURISDICTION? ARE THE PARTIES SUBJECT TO THE COURT'S JURISDICTION? HAVE ALL PARTIES BEEN SERVED?** Yes. There is diversity jurisdiction

8) **WHAT ARE THE FACTUAL AND LEGAL BASES FOR PLAINTIFF'S CLAIMS AND DEFENDANT'S DEFENSES (INCLUDE COUNTERCLAIMS & CROSSCLAIMS, IF APPLICABLE)?** Plaintiff seeks disability benefits under two (2) contracts with defendant, alleging she can no longer perform the material and substantial duties of her occupation. Defendant denied benefits because Plaintiff is allegedly not disabled as defined under the contract.

9) **WHAT FACTUAL AND LEGAL ISSUES ARE GENUINELY IN DISPUTE?** Whether and to what extent Plaintiff is disabled and the proper interpretation of the contract as it relates to the definition of disability.

10) **CAN THE ISSUES IN LITIGATION BE NARROWED BY AGREEMENT OR BY MOTIONS? ARE THERE DISPOSITIVE OR PARTIALLY DISPOSITIVE ISSUES APPROPRIATE FOR DECISION ON MOTION?** Defendant may seek Summary Judgment as to the legal effect of the contract between the parties.

11) **WHAT SPECIFIC RELIEF DO THE PARTIES SEEK? WHAT ARE THE DAMAGES SOUGHT?** Plaintiff seeks $500,000 in benefits under the contracts.

12) **WHAT DISCOVERY DOES EACH PARTY INTEND TO PURSUE? CAN DISCOVERY BE LIMITED? ARE LESS COSTLY AND TIME-CONSUMING METHODS AVAILABLE TO OBTAIN INFORMATION?** Interrogatories, document demands, depositions, and independent medical examinations.

13) **IS IT POSSIBLE TO REDUCE THE LENGTH OF TRIAL BY STIPULATIONS, USE OF SUMMARIES OR STATEMENTS, OR OTHER EXPEDITED MEANS OF PRESENTING EVIDENCE? IS IT FEASIBLE AND DESIRABLE TO BIFURCATE ISSUES FOR TRIAL?** Not known at this time.

**14) ARE THERE RELATED CASES PENDING BEFORE THE JUDGES OF THIS COURT?** ___No.___

**15) IN CLASS ACTIONS, WHEN AND HOW WILL THE CLASS BE CERTIFIED?** ___N/A___

**16) WHAT ARE THE PROSPECTS FOR SETTLEMENT? Please circle below the prospect for settlement:**

1-----2-----3-----4-----5-----6-----7-----8-----9-----10
(VERY UNLIKELY)                                        (LIKELY)

CANNOT BE EVALUATED PRIOR TO ___Completion of motion practice___ (DATE)

**HOW CAN SETTLEMENT EFFORTS BE ASSISTED?**
___Settlement conference after discovery and motions.___

(Do not indicate any monetary amounts at this time, settlement will be explored by the Magistrate Judge at the time of the initial status conference).

***COMPLETE QUESTION 17 ONLY IF YOUR FILING ORDER COVER SHEET WAS CHECKED AS AN ADR TRACK CASE. THE PROGRAMS LISTED BELOW ARE COURT-ANNEXED AND NON-BINDING.***

**17) IF YOUR CASE WAS SELECTED AS A QUALIFYING CONTRACT OR TORT ACTION, PLEASE SELECT THE PREFERRED ADR METHOD.**

| | |
|---|---|
| _____ | ARBITRATION |
| __X__ | MEDIATION |
| _____ | EARLY NEUTRAL EVALUATION |



BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

STUART F. KLEIN, ESQ.
Direct: 518-533-3224
kleins@bsk.com

July 7, 2003

**VIA HAND DELIVERY**

Court Clerk
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
JUL 0 7 2003
LAWRENCE K. BAERMAN, CLERK
ALBANY

Re:   *McGrath v. National Life Insurance Co.*
      03-CV-483 (DNH/DRH)

Dear Clerk:

Enclosed please find a copy of Defendant National Life Insurance Company's proposed Civil Case Management Plan. On July 2, 2003, Plaintiff's counsel was provided with a copy of the proposed Civil Case Management Plan. However, as of the date of this letter, he has not informed me as to whether the proposed dates meet with his approval.

The Rule 16 Conference in this matter is scheduled for July 16, 2003 at 11:30 a.m. before Magistrate Judge David R. Homer.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Stuart F. Klein

SFK/jrt
Enclosures

cc:   Thomas DeLorenzo, Esq.

111 Washington Avenue, Albany, NY 12210-2211 ▪ Phone: 518-533-3000 ▪ Fax: 518-533-3299 ▪ www.bsk.com

136876.1 7/7/2003